# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MORIN, | ) **Case No.: 10-CV-10620-NG** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| CALIFORNIA RECOVERY BUREAU, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


 /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Ronald Canter
1130 Rockville Pike, Suite 1200
Rockville, MD 20852

                                                      /s/ Craig Thor Kimmel
                                           Attorney for Plaintiff
                                           Craig Thor Kimmel, Esquire
                                           Kimmel & Silverman, PC
                                           30 East Butler Pike
                                           Ambler, PA 19002